FILED

2023 JUL 20  PM 12: 45

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO. 23-6872

DIVISION "E"

### CHRISTOPHER MAURICE

### VERSUS

### WATFORD INSURANCE COMPANY, DUDLEY TRUITT, and MCDONALD TRUCKING, INC.

FILED: _____

_____
DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **CHRISTOPHER MAURICE**, a resident of the full age of majority of the Parish of Orleans, State of Louisiana, who respectfully represents:

**1.**

Made Defendants are:

1.  **WATFORD INSURANCE COMPANY,** a foreign insurance company authorized to do and doing business in the State of Louisiana;

2.  **DUDLEY TRUITT,** alleged on information and belief to be a resident of the full age of majority of the County of Holmes, State of Mississippi; and

3.  **MCDONALD TRUCKING, INC.,** a foreign corporation authorized to do and doing business in the State of Louisiana.

**2.**

On August 3, 2022, the vehicle owned and operated by **CHRISTOPHER MAURICE** was traveling eastbound in the middle lane of Interstate 10 East at or near the Morrison Road exit ramp, in the Parish of Orleans, State of Louisiana.

**3.**

On August 3, 2022, the 2014 freightliner bearing VIN number 3ALXFB008EDFT8122 owned by **MCDONALD TRUCKING, INC.** and operated by **DUDLEY TRUITT** was traveling eastbound in the left lane on Interstate 10 East at or near the Morrison Road exit ramp in the Parish of Orleans, State of Louisiana.

EXHIBIT "A"

1

**4.**

At the above-described time and place, **DUDLEY TRUITT** failed to keep a proper lookout and improperly changed lanes into the lane of travel that **CHRISTOPHER MAURICE** was traveling in, thereby striking the driver-side of the vehicle driven by **CHRISTOPHER MAURICE**.

**5.**

**CHRISTOPHER MAURICE** was hurt and suffered damages as a result of this collision.

**6.**

The collision was caused by the acts of negligence and skill by defendants, **DUDLEY TRUITT** and **MCDONALD TRUCKING, INC.**, in the following particulars:

(i)     Crossing into another lane;

(ii)    Improper lane change;

(iii)   Failing to keep a proper lookout;

(iv)    Careless operation;

(v)     Failing to yield;

(vi)    Lack of reasonable vigilance;

(vii)   Failure to see what he should have seen;

(viii)  Allowing an incompetent and unqualified driver to operate a vehicle on behalf of **MCDONALD TRUCKING, INC.**;

(ix)    Failing to have his automobile under control so as to keep it from striking the Petitioner's vehicle;

(x)     Failing to steer his automobile properly so as to avoid striking the Petitioner's vehicle;

(xi)    Failing to apply the brakes properly on his automobile so as to bring it to a stop before colliding with the Petitioner's vehicle; and

(xii)   Failing to exercise due care and caution under the circumstances.

**7.**

Petitioner alleges, upon information and belief, that Defendant, **DUDLEY TRUITT** was on a mission or errand for and/or had permission from, and/or in the course and scope of his employment with **MCDONALD TRUCKING, INC.** to operate the 2014 freightliner bearing

2

VIN number 3ALXFB008EDFT8122 owned by Defendant, **MCDONALD TRUCKING, INC.,** therefore rendering said Defendant vicariously liable for the acts of **DUDLEY TRUITT** under the theory of *respondeat superior*.

### 8.

Additionally, **MCDONALD TRUCKING, INC.** is responsible for its own acts of negligence, including but not limited to:

    (i)    Negligent hiring;

    (ii)    Negligent supervision; and

    (iii)    Negligent training and retention.

### 9.

As a result of this collision, **CHRISTOPHER MAURICE** has suffered, and will suffer in the future, damages, including:

    a.    Physical pain and suffering (past, present, and future);

    b.    Mental anguish (past, present, and future);

    c.    Loss of enjoyment of life (past, present, and future);

    d.    Medical Expenses (past, present, and future);

    e.    Scarring and disfigurement;

    f.    Lost wages and/or earning capacity (past, present, and future); and

    g.    Property damage.

### 10.

Petitioner alleges, upon information and belief, that at the time of this collision there was in full force and effect a policy of insurance issued by defendant, **WATFORD INSURANCE COMPANY,** under the terms of which it agreed to insure and indemnify the 2014 freightliner bearing VIN number 3ALXFB008EDFT8122 owned by **MCDONALD TRUCKING, INC.** and operated by defendant, **DUDLEY TRUITT,** from the damages asserted herein.

**WHEREFORE,** Petitioner, **CHRISTOPHER MAURICE,** prays that Defendants be served with this Petition; and after being duly cited to appear and answer same and the expiration

3

of all legal delays and due proceedings are had, that there be judgment rendered herein in favor

of Plaintiff, **CHRISTOPHER MAURICE**, and against the Defendants, **WATFORD**

**INSURANCE COMPANY, DUDLEY TRUITT,** and **MCDONALD TRUCKING, INC.**,

jointly and in solido, for such damages as are reasonable in the premises, together with legal

interest from the date of judicial demand until paid, all costs of these proceedings, and such

equitable relief to which Plaintiff may be entitled.

Plaintiff further prays for any general or equitable relief the Court deems fit.

Respectfully submitted,

**DUDLEY DEBOSIER INJURY LAWYERS, PLC**

**DAVID M. GEERKEN, Bar Roll No.: 31735**
**CHRISTOPHER B. GIOE, Bar Roll No.: 36469**
**LUKE C. NORRIS, Bar Roll No.: 39295**
1100 Poydras Street
Suite 3900
New Orleans, Louisiana 70163
Telephone:     (504) 433-3333
Facsimile:     (225) 239-7264
cgioe@dudleydebosier.com
Counsel for Plaintiff

PLEASE SERVE THE FOLLOWING:

**WATFORD INSURANCE COMPANY**
Through its Agent for Service of Process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**DUDLEY TRUITT**
801 Pilgrim Rest Road
Durant, Mississippi 39063

**MCDONALD TRUCKING, INC.**
Via the Louisiana Long Arm Statute:
Through their Registered Agent for Service of Process:
Sammy Bryant
191 Industrial Drive
P.O. Box 538
Pelahatchie, Mississippi 39145

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

4

| Home | Case Search | Case | Attorney Search | E-File | Logout |

Hello, Plauch Parkerson          Case Number: 2023-06872          Version 1.011.001

| Case Info | Litigants | Pleadings |          | E-File New Pleading |

Pleading Category: All    ∨    Results Per Page: 30 ∨

| Info | View | Filed | Entered | Description |
|------|------|-------|---------|-------------|
| (i) | 🗎 | 07/24/2023 | 07/24/2023 | Citation and Service Copies of Petitions Issued - DUDLEY TRUITT |
| (i) | 🗎 | 07/24/2023 | 07/24/2023 | Citation and Service Copies of Petitions Issued - MCDONALD TRUCKING, INC. |
| (i) | 🗎 | 07/24/2023 | 07/24/2023 | Citation and Service Copies of Petitions Issued - WATFORD INSURANCE COMPANY |
| (i) | 🗎 | 07/20/2023 | 07/24/2023 | Petition for Damages |
| (i) | 🖨 | 07/20/2023 | 07/24/2023 | Interrogatories |
| (i) | 🖨 | 07/20/2023 | 07/24/2023 | Request for Production of Documents |
| (i) | 🖨 | 07/20/2023 | 07/24/2023 | Request for Admissions |

ATTORNEY'S NAME:   Geerken, David M 31735
AND ADDRESS:         622 Baronne St. , New Orleans, LA 70113

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-06872          **DIVISION: E**          SECTION: 07

### MAURICE, CHRISTOPHER

#### Versus

### WATFORD INSURANCE COMPANY ET AL.

### CITATION - LONG ARM

TO:          DUDLEY TRUITT

THROUGH:   THE LOUISIANA LONG ARM STATUTE

              801 PILGRIM REST ROAD , DURANT , MS 39063

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty (30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 24, 2023**

**Clerk's Office, Room 402**          **CHELSEY RICHARD NAPOLEON, Clerk of**
**Civil Courts Building**               **The Civil District Court**
**421 Loyola Avenue**                 **for the Parish of Orleans**
**New Orleans, LA 70112**             **State of LA**
                                       **by** _____
                                       **Patrice Conerly, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS** |
| ON **DUDLEY TRUITT** | ON **DUDLEY TRUITT** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE** | THROUGH: **THE LOUISIANA LONG ARM STATUTE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **DUDLEY TRUITT** being absent from the domicile at time of said service. |
| _____ No. _____ | Returned the same day |
| Deputy Sheriff of _____ | _____ No. _____ |
| Mileage: $ _____ | Deputy Sheriff of _____ |
| _____ / ENTERED / _____ | |
| PAPER                  RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.      DEPUTY      PARISH | |

ATTORNEY'S NAME:   Geerken, David M 31735
AND ADDRESS:          622 Baronne St. , New Orleans, LA 70113

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2023-06872 | DIVISION: E | SECTION: 07 |
|---|---|---|

### MAURICE, CHRISTOPHER

**Versus**

### WATFORD INSURANCE COMPANY ET AL.

### CITATION - LONG ARM

TO:             MCDONALD TRUCKING, INC.

THROUGH:   THE LOUISIANA LONG ARM STATUTE  THEIR REGISTERED AGENT FOR SERVICE
OF PROCESS: SAMMY BRYANT

191 INDUSTRIAL DRIVE, P.O.BOX 538, PELAHATCHIE , MS 39145

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS
AND REQUESTS FOR ADMISSIONS OF FACTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the
Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112, within thirty
(30) days after the filing in the record of the affidavit of the individual attesting to the manner of delivery made
through the "Long Arm Statute" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.
        ********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA July 24, 2023**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
**Patrice Conerly, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS** |
| ON **MCDONALD TRUCKING, INC.** | ON **MCDONALD TRUCKING, INC.** |
| THROUGH: **THE LOUISIANA LONG ARM STATUTE  THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: SAMMY BRYANT** | THROUGH: **THE LOUISIANA LONG ARM STATUTE  THEIR REGISTERED AGENT FOR SERVICE OF PROCESS: SAMMY BRYANT** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and |
| Deputy Sheriff of _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Mileage: $ _____ | HIM/HER the said **MCDONALD TRUCKING, INC.**  being absent from the domicile at time of said service. |
| _____ / ENTERED /_____ | Returned the same day |
| PAPER                    RETURN | _____ No. _____ |
| _____/_____/_____ | Deputy Sheriff of_____ |
| SERIAL NO.      DEPUTY      PARISH | |

**ATTORNEY'S NAME:**   Geerken, David M 31735
**AND ADDRESS:**       622 Baronne St. , New Orleans, LA 70113

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2023-06872                DIVISION: E                SECTION: 07

### MAURICE, CHRISTOPHER

### Versus

### WATFORD INSURANCE COMPANY ET AL.

### CITATION

TO:        WATFORD INSURANCE COMPANY

THROUGH:   ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE

           8585 ARCHIVES AVENUE, BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS
AND REQUESTS FOR ADMISSIONS OF FACTS

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay
provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for
your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts
Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New
Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service
operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to
free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-
1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the
Parish of Orleans, State of LA July 24, 2023**

**Clerk's Office, Room 402**
**Civil Courts Building**
**421 Loyola Avenue**
**New Orleans, LA 70112**

**CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by**
Patrice Conerly, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ _____ served a copy of the within |
| **PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS** | **PETITION FOR DAMAGES, INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS OF FACTS** |
| ON **WATFORD INSURANCE COMPANY** | ON **WATFORD INSURANCE COMPANY** |
| THROUGH:  **ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE** | THROUGH:  **ITS AGENT FOR SERVICE OF PROCESS: LOUISIANA SECRETARY OF STATE** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **WATFORD INSURANCE COMPANY** being absent from the domicile at time of said service. |
| _____ No. _____ | |
| Deputy Sheriff of _____ | Returned the same day |
| Mileage: $ _____ | _____ No. _____ |
| _____ / ENTERED / _____ | Deputy Sheriff of _____ |
| PAPER            RETURN | |
| _____ / _____ / _____ | |
| SERIAL NO.    DEPUTY    PARISH | |

SERVED ON
R. KYLE ARDOIN

AUG 03 2023

SECRETARY OF STATE
COMMERCIAL DIVISION

ID: 11185793                    Page 1 of 2

# State of Louisiana
## Secretary of State

08/04/2023

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

WATFORD INSURANCE COMPANY
F/K/A PROFESSIONALS DIRECT INSURANCE COMPANY
C/O BARRY GOLUB
445 SOUTH STREET, STE 220
MORRISTOWN, NJ  07962

Suit No.: 236872
CIVIL DISTRICT COURT
ORLEANS PARISH

CHRISTOPHER MAURICE
vs
WATFORD INS CO ETAL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  M LOCKWOOD

Date: 08/03/2023
Title:  DEPUTY SHERIFF

No: 1293405

JN

FILED

2023 JUL 20  PM 12: 45

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.                                                    DIVISION "   "

### CHRISTOPHER MAURICE

### VERSUS

### WATFORD INSURANCE COMPANY, DUDLEY TRUITT, and MCDONALD TRUCKING, INC.

FILED: _____        _____
                                          **DEPUTY CLERK**

### PLAINTIFF'S FIRST SET OF INTERROGATORIES AND
### REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **CHRISTOPHER MAURICE,** who propounds the following set of Interrogatories and Requests for Production of Documents and Things upon Defendants, **WATFORD INSURANCE COMPANY, DUDLEY TRUITT,** and **MCDONALD TRUCKING, INC.,** to be answered in writing, under oath, and within the time provided by the Louisiana Code of Civil Procedure:

**INTERROGATORIES**

**INTERROGATORY NO. 1**

Please identify the person(s) responding to each and every one of the following Interrogatories, along with his/her address, relationship to defendant, if any, telephone number, place of employment, work address and phone number.

**INTERROGATORY NO. 2**

Please identify any/all documents that the person(s) responding to each and every one of the following Interrogatories has referred to or relied upon in responding to these Interrogatories, along with the author, recipient, length in pages, date, present custodian, and a brief synopsis of the contents of each and every such document.

**INTERROGATORY NO. 3**

With regard to defendant, **DUDLEY TRUITT,** please state the following:

(A)    Full legal name, address, date of birth, social security number, present spouse, any/all past spouses, and any/all children;

(B)    Each and every address at which you have resided, owned or leased property, or maintained a domicile or business location, during the last 10 years;

(C)    Name, address and telephone number of present employer and each and every employer for the past three (3) years;

(D)    Whether you own your home and/or any other real property, and if so, State and Parish/County where any/all such property is located, along with municipal or legal address/description of all such property;

(E)    Whether you own any vehicle(s), and if so, year, make, model, and lien holder(s) for any/all such vehicles;

(F)    Whether you are employed, and if so,

  (1)    Rate of pay and annual income at present and for each of the past three (3) years;

  (2)    Any/all other sources of income, including spouse's income, for the past three (3) years;

  (3)    Normal days and hours worked;

  (4)    Whether you worked on the day of the accident; and

  (5)    Whether you were working at time of this accident.

(G)    Whether you have been convicted of any crime(s), including any traffic offenses, during the past three (3) years, and if so, please list each and every such offense, including the date, type of offense, disposition of any such offense, and sentence imposed;

(H)    Whether you have been involved in any automobile accidents within the past five (5) years, and if so, the date, location, and a brief description of the circumstances surrounding each and every such accident, including whether anyone was injured, whether anyone was cited, and whether any insurance claim(s) or lawsuit(s) resulted therefrom and the disposition of same;

(I)    Whether you are or have been a party to any lawsuits within the past 5 years, and if so, the caption, docket number, Court, Parish/County, State, date filed, name of

your attorney, type and nature of proceeding, and current status or outcome of any
such lawsuit(s);

(J)    Any and all businesses, corporations, partnerships, or other legal entities in which
you are an owner, officer, employee, or have any interest or involvement.

(K)    Whether you own or use a wireless telephone, and if so, please state your wireless
telephone number and your wireless carrier.

(L)    Whether you made any purchases prior to the subject accident, and if so, where
such purchases were made.

(M)    Explain in detail how the crash made subject of this lawsuit took place.

## INTERROGATORY NO. 4

Please identify any/all experts whom you have consulted or might call to testify at the trial
of this matter, and state whether you have requested or obtained any reports from such experts,
and the date and custodian of each and every such report

## INTERROGATORY NO. 5

Please state the name, address, telephone number, and a brief synopsis of the expected
testimony of each and every witness who has information relevant to any issue in this proceeding
or whom you may call at the trial of this matter.

## INTERROGATORY NO. 6

Please state whether, at the time of the accident at issue in this proceeding, there existed a
policy of insurance issued by/to defendant and/or which might provide coverage for the damages
claimed by plaintiff, and, if so, please state the following:

(A)    Policy number, effective date(s) and expiration date(s), types and limits of
coverage, persons and vehicles insured under such policies and any/all other
pertinent information regarding any such policy(ies) of insurance;

(B)    Whether you contend that any limitations or exclusions of such policy(ies) in any
way limit the coverage afforded to defendant for the damages alleged in  this
proceeding;

(C)    Whether there exist any riders, endorsements, excluded drivers, or other modifications or amendments to such policy(ies), and recite in detail any/all such modifications or amendments in your responses hereto;

(D)    Any/all persons insured under such policies, and state specifically whether defendant is a named insured under such policy(ies).

**INTERROGATORY NO. 7**

If any statements, recordings, or video tape have been taken from/of any witnesses or persons concerning the facts of this accident or the nature, character and extent of the injuries referenced in the Petition, please state the date and place each statement, recording, or video was taken, the name and address of the party having custody of each statement, recording, or video and subject, person(s) taking and any/all person(s) present when each statement recording, or video was taken.

**INTERROGATORY NO. 8**

Please state the name, address, and telephone number of the titled owner of the vehicles involved in this accident.

**INTERROGATORY NO. 9**

Please state whether the damage to the vehicle(s) involved in this crash has been photographed, estimated, or appraised, and if so, please state the area(s) affected, the parts required and cost to repair or replace each such area, and the total dollar cost of such damage.

**INTERROGATORY NO. 10**

Please describe the wreck happened between the vehicle driven by **DUDLEY TRUITT** and **CHRISTOPHER MAURICE**.

**INTERROGATORY NO. 11**

Please state any and all cellular phone numbers available for use by **DUDLEY TRUITT** for the month or months that includes **August 3, 2022**, within its billing cycle.

**INTERROGATORY NO. 12**

Please provide the make, model, manufacturer and identity of any GPS, black box, telematic, or similar system installed in the vehicle operated by **DUDLEY TRUITT** on the date of the collision.

4

**INTERROGATORY NO. 13**

Does the vehicle operated by **DUDLEY TRUITT** involved in this subject collision have an on-board computer and/or Electronic Logging Device? If so, identify all disks, files, records, computer tapes and other written materials generated, or that can be generated, by the use of the on-board computer during the trip, further identifying whether of not the items are in, or ever have been in, your company's possession.

**INTERROGATORY NO. 14**

Please identify each and every person responsible for maintaining the subject tractor and trailer on or before the date of collision sued upon herein.

**INTERROGATORY NO. 15**

Has your **MCDONALD TRUCKING, INC.** ever undergone a FHWA compliance review? If so, please state when, and please supply full details or a complete report of the review, including whether you were rated satisfactory, unsatisfactory, or conditional.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1**

Please produce any and all documents relative to records of all traffic tickets, traffic warnings, traffic citations, traffic charges and driving record of **DUDLEY TRUITT**, from date of hire to the present.

**REQUEST FOR PRODUCTION NO. 2**

Please produce any and all documents relative to records of all written responses from any agency contacted, with respect to **DUDLEY TRUITT's** driving records, and any suspension of his license.

**REQUEST FOR PRODUCTION NO. 3**

Please produce any and all documents relative to **DUDLEY TRUITT's** entire personnel file, including any Driver Qualification file.

**REQUEST FOR PRODUCTION NO. 4**

Please produce all documents relative to all policy and procedure manuals of **MCDONALD TRUCKING, INC.**, with respect to employees such as **DUDLEY TRUITT**,

5

including any which address:

    a.  The use of cell phones and/or texting by employees or drivers while operating your vehicles;

    b.  New hire standards for employees or drivers;

    c.  Employees' or drivers' responsibility to report driving violations to representative(s) of **MCDONALD TRUCKING, INC.**;

    d.  Remedial or defensive driving courses required by **MCDONALD TRUCKING, INC.**, of their employees or drivers;

    e.  Disciplinary action to be taken against driver or employees as a result of driving violations;

    f.  Training of employees or drivers of safe driving;

**REQUEST FOR PRODUCTION NO. 5**

Please produce any and all documents relative to any and all training/safety manuals of **MCDONALD TRUCKING, INC.**, with respect to drivers or employees such as **DUDLEY TRUITT.**

**REQUEST FOR PRODUCTION NO. 6**

Please produce any and all documents  relative to policies and procedures of **MCDONALD TRUCKING, INC.**, with respect to the document retention policy of **MCDONALD TRUCKING, INC.**,  for the employment history, drug screens/physicals, medical records, driving logs, trips, tickets, collisions, employee reprimand and lawsuits or claims, including those involving **DUDLEY TRUITT.**

**REQUEST FOR PRODUCTION NO. 7**

Please produce any and all documents relative to any accident review committee assessment regarding whether the subject crash was avoidable or not.

**REQUEST FOR PRODUCTION NO. 8**

Please produce any and all documents relative to **MCDONALD TRUCKING, INC.'s** rules or procedures regarding drug or alcohol testing of drivers following motor vehicle crashes.

**REQUEST FOR PRODUCTION NO. 9**

Please produce any and all documents relative to any drug and alcohol testing performed on **DUDLEY TRUITT** within the 24-hour period following this wreck.

**REQUEST FOR PRODUCTION NO. 10**

Please produce any and all of the following documents in your possession that date back to the 30-day period before, and including, the date of the wreck:

> Accident reports
> Bills of lading
> Credit card receipts
> CVSA reports
> Delivery receipts
> Dispatch records
> Freight bills
> Fuel billing statements
> Fuel receipts
> Gate receipts
> On-board computer reports

**REQUEST FOR PRODUCTION NO. 11**

Please produce copies of any and all cellular phone accounts and itemized billing summaries for any cellular phone available for the regular use by **DUDLEY TRUITT** from the month or months that include **August 3, 2022** within its billing cycle.

**REQUEST FOR PRODUCTION NO. 12**

Please produce copies of each and every document described in Interrogatory No. 3, or which relates in any way to any issue in this case, or which you might rely upon or offer into evidence at the trial of this matter.

**REQUEST FOR PRODUCTION NO. 13**

Please provide copies of any and all documents referred to, relied upon, or which in any way relate to any matters inquired of in Interrogatory No. 6 (e.g., tax returns, W-2's, accident reports, title(s), pleadings, Articles of Incorporation, Bylaws, receipts, etc.).

**REQUEST FOR PRODUCTION NO. 14**

Please provide a copy of any correspondence to or from any experts consulted or retained in this matter, and provide a copy of any/all reports or other written documentation prepared by or received from such experts.

**REQUEST FOR PRODUCTION NO. 15**

Please provide copies of any/all documents or things identified in connection with your response to Interrogatory No. 7.

**REQUEST FOR PRODUCTION NO. 16**

Produce any video footage from the inside of the cab of the vehicle driven by **DUDLEY TRUITT** at the time of the wreck that is the subject of the present lawsuit.

**REQUEST FOR PRODUCTION NO. 17**

Produce any video footage from the outside of the vehicle driven by **DUDLEY TRUITT** at the time of the wreck that is the subject of the present lawsuit.

**REQUEST FOR PRODUCTION NO. 18**

Produce data from any Event Data Recorder Data, Airbag Control Module, "black-box", etc. that was equipped on the vehicle driven by **DUDLEY TRUITT** at the time of the wreck that is the subject of the present lawsuit.

**REQUEST FOR PRODUCTION NO. 19**

Produce any video surveillance obtained of Plaintiff since the date of this wreck. (Please note that the existence of such footage is to be disclosed whether or not the Plaintiff has been deposed)

**REQUEST FOR PRODUCTION NO. 20**

Produce any umbrella or excess policy documents that provided coverage to the vehicle driven by **DUDLEY TRUITT** on the date of the wreck that is the subject of this present lawsuit.

**REQUEST FOR PRODUCTION NO. 21**

Produce any photographs, vehicle estimates, repair bills, inspection reports, or any other documents related to the evaluation of the property damage of the vehicles involved in this wreck that is the subject of this present lawsuit.

**REQUEST FOR PRODUCTION NO. 22**

A copy of all personal injury claims or suits brought against Defendant within the last 2 years.

**REQUEST FOR PRODUCTION NO. 23**

A copy of the entry-level driver training certificate for this driver if he obtained a CDL after July 20, 2003 as required by 49 C.F.R.380.503.

**REQUEST FOR PRODUCTION NO. 24**

A copy of the driver's entire application for employment as required by 49 C.F.R. 391.21.

**REQUEST FOR PRODUCTION NO. 25**

A copy of the driver's CDL License as required by 49 C.F.R. 391.33.

**REQUEST FOR PRODUCTION NO. 26**

A copy of driver's certification of violations for the past 3 years as required by 49 C.F.R. 391.27.

**REQUEST FOR PRODUCTION NO. 27**

A copy of driver's certification of prior collisions as required by 49 C.F.R. 390.15.

**REQUEST FOR PRODUCTION NO. 28**

A copy of all inquiries and responses into driver's employment history as required by 49 C.F.R.391.23 and 40.25.

**REQUEST FOR PRODUCTION NO. 29**

A copy of pre-employment MVR and initial check of the driver's record as required by 49 C.F.R. 391.23.

**REQUEST FOR PRODUCTION NO. 30**

A copy of annual review of driver history as required by 49 C.F.R.391.25 for the past 3 years.

**REQUEST FOR PRODUCTION NO. 31**

A copy of the medical examiners certification long form as required by 49 C.F.R. 391.41 for the past 3 years.

**REQUEST FOR PRODUCTION NO. 32**

A copy of the certificate of compliance with driver license requirements as required by 49 C.F.R. 383.21 and 383.33.

**REQUEST FOR PRODUCTION NO. 33**

A copy of the signed notification by the driver to notify the employer in writing within 30 days of a conviction of a traffic violation as required by 49 C.F.R. 383.31.

**REQUEST FOR PRODUCTION NO. 34**

Copy of the pre-employment drug testing control and custody form, along with the results as required by 49 C.F.R. 382.301.

**REQUEST FOR PRODUCTION NO. 35**

A copy of the signed driver's previous pre-employment drug or alcohol test disclosure as required by 49 C.F.R. 40.25.

**REQUEST FOR PRODUCTION NO. 36**

A copy of the signed receipt that the driver received the company's drug and alcohol policy and educational materials describing your testing program as required by 49 C.F.R. 382.601.

**REQUEST FOR PRODUCTION NO. 37**

A signed copy of the driver statement of on-duty hours as required by 49 C.F.R. 395.8 for the date of this collision, and the 30 days before and after this collision.

**REQUEST FOR PRODUCTION NO. 38**

A copy of the collision register as required by 49 C.F.R. 390.15.

Respectfully submitted,

**DUDLEY DEBOSIER INJURY LAWYERS, PLC**

**DAVID M. GEERKEN, Bar Roll No.: 31735**
**CHRISTOPHER B. GIOE, Bar Roll No.: 36469**
**LUKE C. NORRIS, Bar Roll No.: 39295**
1100 Poydras Street
Suite 3900
New Orleans, Louisiana 70163
Telephone:    (504) 433-3333
Facsimile:    (225) 239-7264
cgioe@dudleydebosier.com
Counsel for Plaintiff

**PLEASE SERVE WITH PETITION**

10

FILED

2023 JUL 20  PM 12: 45

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.                                                          DIVISION " "

CHRISTOPHER MAURICE

VERSUS

WATFORD INSURANCE COMPANY, DUDLEY TRUITT, and MCDONALD
TRUCKING, INC.

FILED: _____          _____
                                                          DEPUTY CLERK

### PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS OF FACTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **CHRISTOPHER MAURICE**, who propounds the following set of Requests for Admissions Defendants, **WATFORD INSURANCE COMPANY, DUDLEY TRUITT,** and **MCDONALD TRUCKING, INC.,** to be answered in writing, under oath, and within the time provided by the Louisiana Code of Civil Procedure:

### REQUEST FOR ADMISSION NO. 1

Admit an automobile collision occurred **August 3, 2022,** (hereinafter referred to as "the collision"), in Parish of Orleans between a vehicle driven by **CHRISTOPHER MAURICE** and a vehicle driven by **DUDLEY TRUITT.**

### REQUEST FOR ADMISSION NO. 2

Admit the vehicle owned by **MCDONALD TRUCKING, INC.** and operated by **DUDLEY TRUITT** struck the vehicle owned and operated by **CHRISTOPHER MAURICE** on **August 3, 2022,** in Parish of Orleans, State of Louisiana.

### REQUEST FOR ADMISSION NO. 3

Admit **DUDLEY TRUITT** was at fault for the collision between the vehicle driven by him and the vehicle driven by **CHRISTOPHER MAURICE** on **August 3, 2022,** in Parish of Orleans, State of Louisiana.

12

## REQUEST FOR ADMISSION NO. 4

Admit Defendant, **WATFORD INSURANCE COMPANY,** provided a policy of liability insurance which extends coverage to Defendant, **DUDLEY TRUITT,** for the **August 3, 2022,** collision with **CHRISTOPHER MAURICE.**

## REQUEST FOR ADMISSION NO. 5

Admit Defendant, **DUDLEY TRUITT,** possessed no other insurance other than the coverage provided by **WATFORD INSURANCE COMPANY** at the time of the collision.

## REQUEST FOR ADMISSION NO. 6

Admit Defendant, **DUDLEY TRUITT,** was in the course and scope of his employment with **MCDONALD TRUCKING, INC.** at the time of the subject collision.

## REQUEST FOR ADMISSION NO.7

Admit Defendant, **DUDLEY TRUITT,** was under the influence of drugs and/or alcohol at the time of the subject collision.

## REQUEST FOR ADMISSION NO. 8

Admit Defendant, **DUDLEY TRUITT,** submitted to a drug and/or alcohol test within 72 hours following the subject collision.

## REQUEST FOR ADMISSION NO. 9

Admit Defendant, **DUDLEY TRUITT,** was paying attention at the time of the collision.

## REQUEST FOR ADMISSION NO. 10

Admit **DUDLEY TRUITT** is presently employed by **MCDONALD TRUCKING, INC.**

## REQUEST FOR ADMISSION NO. 11

Admit **DUDLEY TRUITT** is presently permitted as of the time of the filing of this Petition for Damages to operate company vehicles for **MCDONALD, TRUCKING, INC.**

**REQUEST FOR ADMISSION NO. 12**

Admit disciplinary action was taken against **DUDLEY TRUITT** by **MCDONALD TRUCKING, INC.** as a result of the subject collision.

**REQUEST FOR ADMISSION NO. 13**

Admit the vehicle driven by **DUDLEY TRUITT** on the date of the subject collision was equipped with an event data recorder.

**REQUEST FOR ADMISSION NO. 14**

Admit the vehicle driven by **DUDLEY TRUITT** on the date of the subject collision was equipped with an Electronic Logging Device.

**REQUEST FOR ADMISSION NO. 15**

Admit there is additional liability insurance coverage which may provide insurance coverage to **CHRISTOPHER MAURICE** for losses and damages he sustained as alleged in the Petition for Damages.

Respectfully submitted,

DUDLEY DEBOSIER INJURY LAWYERS, PLC

**DAVID M. GEERKEN, Bar Roll No.: 31735**
**CHRISTOPHER B. GIOE, Bar Roll No.: 36469**
**LUKE C. NORRIS, Bar Roll No.: 39295**
1100 Poydras Street
Suite 3900
New Orleans, Louisiana 70163
Telephone:    (504) 433-3333
Facsimile:    (225) 239-7264
cgioe@dudleydebosier.com
Counsel for Plaintiff

**PLEASE SERVE WITH PETITION**

14

FILED

2023 JUL 20  PM 12: 45

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO.                                                    DIVISION "    "

### CHRISTOPHER MAURICE

### VERSUS

### WATFORD INSURANCE COMPANY, DUDLEY TRUITT, and MCDONALD TRUCKING, INC.

FILED: _____          _____

                                              **DEPUTY CLERK**

## REQUEST FOR NOTICE

To:    Clerk of Court
       Civil District Court for the Parish of Orleans

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten (10) days in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement, or if the judgment is not signed at the conclusion of the trial.

DUDLEY DEBOSIER INJURY LAWYERS, PLC

_____

**DAVID M. GEERKEN, Bar Roll No.: 31735**
**CHRISTOPHER B. GIOE, Bar Roll No.: 36469**
**LUKE C. NORRIS, Bar Roll No.: 39295**
1100 Poydras Street
Suite 3900
New Orleans, Louisiana 70163
Telephone:    (504) 433-3333
Facsimile:    (225) 239-7264
cgioe@dudleydebosier.com
Counsel for Plaintiff