## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER MAURICE** | * | **CIVIL NO. 2:23-cv-04006** |
| | * | |
| **VERSUS** | * | **JUDGE JANE TRICHE MILAZZO** |
| | * | |
| **WATFORD INSURANCE COMPANY,** | * | **MAG. DONNA PHILLIPS CURRAULT** |
| **DUDLEY TRUITT, AND** | * | |
| **MCDONALD TRUCKING, INC.** | * | **JURY REQUESTED** |

## ANSWER AND AFFIRMATIVE DEFENSES
## OF WATFORD INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes defendant, Watford Insurance Company, who, in response to the *Petition for Damages* filed by plaintiff, Christopher Maurice, respectfully represents as follows:

I.

The allegations contained in Paragraph 1 of the Petition are admitted to the extent they pertain to the corporate status of Watford Insurance Company, and are otherwise admitted upon information and belief.

II.

The allegations contained in Paragraph 2 of the Petition are denied for lack of sufficient information to justify a belief therein.

III.

The allegations contained in Paragraph 3 of the Petition are denied for lack of sufficient information to justify a belief therein.

IV.

The allegations contained in Paragraph 4 of the Petition are denied.

V.

The allegations contained in Paragraph 5 of the Petition are denied for lack of sufficient information to justify a belief therein.

VI.

The allegations contained in Paragraph 6 of the Petition, including all subparts therein, are denied.

VII.

The allegations contained in Paragraph 7 of the Petition appear to state a legal conclusion and, as such, do not require a response from this defendant; however, to the extent a response is required, the allegations are denied for lack of sufficient information upon which to base a belief.

VIII.

The allegations contained in Paragraph 8 of the Petition are denied.

IX.

The allegations contained in Paragraph 9 of the Petition are denied.

X.

In response to the allegations contained in Paragraph 10 of the Petition, Watford Insurance Company admits that it issued a policy of insurance to McDonald Trucking, which policy is a written contract, the terms, conditions, exclusions and limitations of which speak for themselves and are pled herein by reference, as if copied herein *in extenso*.

XI.

Any and all allegations contained in Plaintiff's prayer for relief are denied.

## **AFFIRMATIVE DEFENSES**

AND NOW, in further response to Plaintiff's Petition for Damages, Watford Insurance Company pleads the following affirmative defenses:

XII.

Further answering, and in the alternative, and only in the event that Plaintiff sustained damages for which this defendant is responsible, which is denied, Watford Insurance Company specifically pleads the negligence and/or fault of the Plaintiff, Christopher Maurice, which negligence and/or fault was a cause-in-fact of his damages, if any, and should operate to completely bar recovery herein or, alternatively, reduce recovery on a comparative fault basis.

XII.

Further answering, and in the alternative, and only in the event that Plaintiff sustained damages for which this defendant is responsible, which is denied, Watford Insurance Company specifically pleads the fault and/or negligence of a third party for whom it was not responsible, which fault/or negligence was a substantial cause-in-fact of Plaintiff's damages, if any, and should operate to completely bar recovery herein or, alternatively, reduce recovery on a comparative fault basis.

XIII.

In the event the event that discovery reveals a failure on the part of Plaintiff to heed the instructions and/or advice of physicians or other evidence of failure to mitigate damages, then Defendant specifically and affirmatively pleads the failure of Plaintiff to mitigate damages.

## **JURY REQUEST**

XIV.

Defendant prays for trial by jury.

**WHEREFORE**, Defendant Watford Insurance Company prays that this, its Answer, be deemed good and sufficient, and that, after due proceedings are had, there be judgment in its favor, dismissing the Plaintiff's claims, at Plaintiff's cost, or, alternatively, reducing recovery on a comparative fault basis.

                    Respectfully submitted;

                    PLAUCHÉ MASELLI PARKERSON L.L.P.

BY:   */s/ Joshua K. Vanderhooft*
        MARK E. YOUNG (#20432)
        JOSHUA K. VANDERHOOFT (#34394)
        701 Poydras Street, Suite 3800
        New Orleans, Louisiana 70139
        Telephone: (504) 582-1142
        Fax: (504) 582-1172
        myoung@pmpllp.com
        jvanderhooft@pmpllp.com
        COUNSEL FOR WATFORD INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that this 28th day of August, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which, if they are subscribed, will send a notice of electronic filing to all counsel of record.

                    */s/ Joshua K. Vanderhooft*
                    Joshua K. Vanderhooft